UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR REINHOLM, *et al.*,

    Plaintiffs,

    v.

AMERICAN AIRLINES,

    Defendant.

Case No.  C07-1429RSL

ORDER STRIKING NOTICES OF WITHDRAWAL

    On April 28, 2008, plaintiffs' counsel from two different law offices filed notices of withdrawal.  (Dkt. ##15, 16).  However, according to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court."  An order of substitution is not required if there is simply a change or addition of attorneys within the same law firm.  In this case, however, counsel are seeking to withdraw and substitute attorneys from a different firm.

    Accordingly, the notices of withdrawal are STRICKEN.  Counsel will not be permitted to withdraw until they comply with General Rule 2(g)(4)(A), including filing

ORDER STRIKING
NOTICE OF WITHDRAWAL - 1

certifications that the motions were served on their clients.

DATED this 29th day of April, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING
NOTICE OF WITHDRAWAL - 2