UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR REINHOLM and KATHY REINHOLM, husband and wife,

    Plaintiffs,

v.

AMERICAN AIRLINES, a Delaware corporation,

    Defendant.

Case No. C07-1429RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF ARTHUR REINHOLM , and on behalf of DEFENDANT AMERICAN AIRLINES in the amount of $5,017.44 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEES | $425.00 | $75.00 | $350.00 |

Cost incurred for filing of *Pro Hac Vice* Application is not taxable.

| | | | |
|---|---|---|---|
| II. DEPOSITION COSTS | $6,393.66 | $1,976.50 | $4,417.16 |

Unless actually used by counsel the clerk will not allow costs for both court reporter fees and videographer fees. Video depositions were not used in this case.

| | | | |
|---|---|---|---|
| III. TRAVEL COST | $344.20 | $344.20 | 0 |

Travel costs for witness to attend deposition are not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COPY COSTS | $250.28 | 0 | $250.28 |

Dated this ___16th___ day of JUNE, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2